IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES P. TALLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:07-cv-00829 |
| | ) Judge Trauger |
| DANNY CROSBY, in his official capacity, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons expressed in the accompanying memorandum, the defendant's motion for summary judgment is **GRANTED** and the plaintiff's claims **DISMISSED**.

It is so Ordered.

Entered this 11th day of March 2009.

_____
ALETA A. TRAUGER
United States District Judge